# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

The Bicycle Peddler, LLC

                        Plaintiff,

v.                                          Case No.: 1:13–cv–02372

                                          Honorable John J. Tharp Jr.

DOES 1–12

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 9, 2013:

      MINUTE entry before Honorable John J. Tharp, Jr: For the reasons explained in the accompanying Memorandum Opinion and Order, the Plaintiff's renewed motion for leave to take early discovery [11] is granted. ENTER MEMORANDUM OPINION AND ORDER. (For further details see separate order(s). Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.